

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                         CRIMINAL NO. 16-20007

v.                                      HON. VICTORIA A. ROBERTS

DAMIAN NOWICKI,

                Defendant.

_____/

### Defendant's Acknowledgment of Indictment

I, Damian Nowicki, defendant in this case, hereby acknowledge that I have received a copy of the indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

### Count One - 18 U.S.C. § 2251(a)

At least 15 to 30 years' imprisonment, a $250,000 fine, or both

### Count Two - 18 U.S.C. § 2422(b)

At least 10 years to life imprisonment, a $250,000 fine, or both

### Count Three - 18 U.S.C. § 1470

Up to 10 years' imprisonment, a $250,000 fine, or both

### Count Four - 18 U.S.C. §§ 2251(a); (e)

At least 15 to 30 years' imprisonment, a $250,000 fine, or both

**Count Five - 18 U.S.C. § 2422(b)**

At least 10 years to life imprisonment, a $250,000 fine, or both

**Count Six - 18 U.S.C. § 2252A(a)(2)**

At least 5 years to 20 years' imprisonment, a $250,000 fine, or both

**Count Seven - 18 U.S.C. § 2252A(a)(2)**

At least 5 years to 20 years' imprisonment, a $250,000 fine, or both

**Count Eight - 18 U.S.C. § 2252A(a)(5)(B)**

Up to 20 years' imprisonment, a $250,000 fine, or both

I have been informed and understand that, if I am convicted or plead guilty, the Court may impose consecutive sentences.

_____
Damian Nowicki, Defendant

**Acknowledgment of Defense Counsel**

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____

Print name: RAFAEL  C.  VILLARRUEL
Counsel for Defendant

Dated: 1/6/2016