UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                  CR. NO. 16-20007

                                      HON. VICTORIA A. ROBERTS

DAMIAN NOWICKI,

                                      *Filed Under Seal*

        Defendant.
_____/

## INDEX TO EXHIBITS

| | | |
|---|---|---|
| EXHIBIT A | | Use of Guidelines and Specific Offense Characteristics |
| EXHIBIT B | | "The Impact of an Aging Inmate Population on the Federal Bureau of Prisons," (OIG) |