UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,         Cr. No. 16-20007
v                                      Honorable VICTORIA A. ROBERTS

DAMIAN NOWICKI,

            Defendant.
_____/

ADDENDUM INDEX TO
SENTENCING MEMORANDUM  DK. NO. 29

Letter of Support by John M. Nowicki

Letter of Support by Richard Pingley

Letter of Support by Roxane Indergand

Letter of Support by Ron Zaleski

Letter of Support by Stephen Borlace